**ORIGINAL**

HARLAN Y. KIMURA  #3321-0
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorney for Defendant
SESALIO TEVAGA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 27 2006

at 2 o'clock and 55 min. P M
SUE BEITIA, CLERK

LODGED
JAN 26 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00505 DAE |
|---|---|
| Plaintiff, | ) FOURTH STIPULATION TO<br>) CONTINUE SENTENCING |
| vs. | ) HEARING AND ORDER |
| SESALIO TEVAGA, | ) Old Hearing:<br>) Date:      February 10, 2006 |
| Defendant. | ) Time:     1:30 p.m. |
|  | ) New Hearing:<br>) Date:      June 27, 2006<br>) Time:     1:30 p.m. |

FOURTH STIPULATION TO CONTINUE SENTENCING HEARING

COMES NOW the UNITED STATES OF AMERICA and Defendant

SESALIO TEVAGA (hereinafter "Tevaga"), by and through their respective

counsel, and hereby stipulate and agree that the Sentencing Hearing for Tevaga

//

shall be continued from February 10, 2006 at 1:30 p.m. to 1;30 p.m. on June 27, 2006.

DATED at Honolulu, Hawaii, _1/26/2006_.

_Loretta Sheehan_
LORETTA SHEEHAN
Attorney for Plaintiff
UNITES STATES OF AMERICA

_[signature]_
HARLAN Y. KIMURA
Attorney for Defendant
SESALIO TEVAGA

APPROVED AND SO ORDERED:

_[signature]_
JUDGE OF THE ABOVE-ENTITLED COURT

UNITED STATES OF AMERICA vs. SESALIO TEVAGA; No. 03-00505 DAE, Fourth Stipulation To Continue Sentencing Hearing And Order.