My name is Sesalio Tevaga and I'm an inmate at the F.D.C. facilities. I'm here on a state writ from Halawa and I will soon be sentenced on June 24th. I'm writing this letter to let you know a little about myself and express to you some of my feeling and thoughts of my situation.

I'm the son of Iulio and Tunumumafono Tevaga. Born in American Samoa and moved to the Hawaiian Islands with my grandparents at the age of 4 yrs old. My dad joined the army soon after we moved here and was sent to be stationed in Germany. He took my mom and brother but left me behind to be raised by my grandparents. They returned when I was ten years old. At that time, I was being a pain for my grandparents and they decided for me to move back with my father. Most of my life I was abused and I became very hateful of my father for the abuse of myself and my mom was beat for the smallest incidents. He would always come home drunk and beat her and us with different weapons. One time I was beat with a wooden 2 by 4. Those scares I carried everywhere I went and I told myself hundreds of times while in his house that as soon as I graduated I would move and be my own man, and that anywhere was better than living with my father. So when I graduated from Farrington High School, I left home and did my own thing out on the streets downtown. For about 7 years after school I lived on the streets on the wrong side of the law. I'm not a violent person so I stayed away from robbery or strong arming tactics, but I did other things and that was bad. I've had one miscarried baby and one aborted baby. During these times my life pretty much went to hell. I was finally locked up in 2001. I've been incarcerated on the state side until October, 2003. Now for the past 3 years I've been here awaiting sentencing. While here I feel like I've taken advantage of some of the opportunities given to us inmates. I've taken classes like parenting and others. I have certificates to show you all of the different ones. I've become closer to my parents and I'm now on talking terms with my father. I see now the problems my father was going through with being an alcoholic. He just didn't know how to control it. I hope that after this situation I've gotten myself into that I will be able to follow his lead and get well enough in mind and body to become the person he is today. When I do get out I'll be staying with them until I can get back on my feet.

Your Honor, at this time, I would like to sincerely apologize to the courts and to the community for all the wrongful actions that I have done. After all this time incarcerated, I have truly thought about those actions and I feel remorse towards those people I've hurt and I realize now the negative impact that my actions caused and regret the moment I ever decided to be a part of the destruction of my community. Secondly, I want to apologize to my family for all the suffering and pain I have caused them and also for the same that I have brought to my family name for not being the productive citizen that they tried to raise me to be. I hope to one day correct all the wrong that's been done and restore the pride and respect of that name that may have been lost due to my actions. Again, please forgive me, your honor. I'm begging the courts and to you to please have mercy on me and ask to please be given the low end of my sentence- 15 months. I feel like my time out has changed me for the better. I'm no longer the young man with no direction in his life. I'm in the 33rd year of my life and I want to be a productive person in the world and I'm asking for the chance to prove myself sooner than later.

In closing, I would like to thank you for taking the time to read these words that are from the heart. I wish you continued success in all you do, and ask for your forgiveness in the mistakes that I've made.

Respectfully,

Sesalio Tevaga



EXHIBIT "A"