```
HONBA                          INMATE EDUCATION DATA                  11-18-2005
PAGE 001               *          TRANSCRIPT            *              11:15:55

REGISTER NO: 89624-022      NAME..: TEVAGA                     FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: HON-HONOLULU FDC

------------------------------- EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
HON  ESL HAS    ENGLISH PROFICIENT              10-21-2004 1404 CURRENT
HON  GED HAS    COMPLETED GED OR HS DIPLOMA     10-21-2004 1403 CURRENT

------------------------------- EDUCATION COURSES --------------------------------
SUB-FACL    DESCRIPTION                 START DATE   STOP DATE  EVNT AC LV  HRS
HON H/O M   NON-MANDATORY GED PRE-TRIAL 08-02-2005   CURRENT
HON H/O M   PARENTING TEENS MON AM      09-12-2005   11-18-2005   P   C  P   20
HON H/O M   COMMU WORKSKILLS MON/AM     06-06-2005   08-22-2005   P   C  P   20
HON H/O M   EXCERCISE CLASS TUE/THUR PM 04-12-2005   06-02-2005   P   C  P    4

------------------------------- HIGH TEST SCORES ---------------------------------
TEST        SUBTEST         SCORE      TEST DATE      TEST FACL   FORM      STATE
ABLE        LANGUAGE         4.8       08-11-2005     HON          3
            NUMBER OPR       6.1       08-11-2005     HON          3

G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT "B"

REGISTER NO: 89624-022        NAME..: TEVAGA                        FUNC: DIS
FORMAT.....: TRANSCRIPT       RSP OF: HON-HONOLULU FDC

------------------------------ HIGH TEST SCORES ------------------------------
TEST         SUBTEST         SCORE      TEST DATE      TEST FACL   FORM    STATE
ABLE         PROB SOLV        5.6       08-11-2005     HON         3
             READ COMP       10.7       08-11-2005     HON         3
             SPELLING         5.7       08-11-2005     HON         3
             VOCABULARY      10.4       08-11-2005     HON         3


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED