

Certificate of Achievement — DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS

presented to Sesalio Tevaga for Successful Completion of the F.C.C. Fitness Class on June 2, 2005 for United at FDC of Honolulu

S. Lape, Sports Specialist 6/2/05

EXHIBIT "C"