

CERTIFICATE OF
RECOGNITION

In honor of your outstanding performance
We hereby present

## Sesalio Tevaga

with this certificate of Achievement

## Workplace Essential Skills: Communication & Writing

Adult Continuing Education Program
On this 22nd day of August 2005

Patricia Ocasio
Supervisor of Education/Recreation

Sheryl-Lynn Camello
Adult Continuing Education Coordinator

EXHIBIT "D"