

*Certificate of Achievement*
presented to
*Sesalio Tevaga*
For Successful Completion of the
A.C.E. Fitness Class Instructor
November 14, 2005
for Unit EA at FDC Honolulu

S. Lape, Sports Specialist    11/15/05

E