

# CERTIFICATE OF RECOGNITION

In honor of your outstanding performance
We hereby present

## Sesalio Tevaga

with this certificate of Achievement

### Active Parenting of Teens
Adult Continuing Education Program
On this 21st day of November 2005

Patricia Ocasio
Supervisor of Education/Recreation

Sheryl-Lynn Camello
Adult Continuing Education Coordinator

F