CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses, on _____JUN 1 4 2006_____.

|  | By U.S. Mail | By Hand Delivery |
|---|---|---|
| EDWARD H. KUBO, JR., ESQ.<br>United States Attorney<br>LORETTA A. SHEEHAN, ESQ.<br>Assistant U.S. Attorney<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii 96850<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |  | X |
| TERESA F. LONGBOY<br>Supervising U.S. Probation Officer<br>U.S. Probation Office<br>United States District Court<br>District of Hawaii<br>300 Ala Moana Blvd., Room C-110<br>Honolulu, HI 96850 |  | X |

DATED at Honolulu, Hawaii, _____JUN 1 4 2006_____.

_____
HARLAN Y. KIMURA
Attorney for Defendant
SESALIO TEVAGA