# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00505DAE |
| CASE NAME: | USA v. Sesalio Tevaga |
| ATTYS FOR PLA: | Loretta Sheehan |
| ATTYS FOR DEFT: | Harlan Kimura |
| USPO: | Mona Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 6/26/2006 | TIME: | 3:00pm-3:25pm |

COURT ACTION:  EP: Sentencing to Count 2 of the Indictment as to Defendant Sesalio Tevaga.

Defendant Sesalio Tevaga present in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant Sesalio Tevaga.

SENTENCE:

Imprisonment:  15 MONTHS, to be served concurrently with any State term

Supervised Release:  3 YEARS

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6. Defendant shall participate and comply with a substance abuse program, which may include drug testing, at the discretion and direction of the Probation Office.

7. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

8. Defendant shall provide the Probation Office access to any requested financial information.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: FDC Honolulu.

Defendant advised of his right to appeal.

Government's Oral Motion to dismiss all remaining counts as to this defendant only- GRANTED.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager